**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**James Dwayne MERRETT,**
**Defendant–Appellant.**

No. 07–13106
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Feb. 6, 2008.

Linda Julin McNamara, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Roland Falcon, Law Office of Roland Falcon, Jacksonville, FL, for Defendant–Appellant.

Before BARKETT, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Roland Falcon, appointed counsel for James Dwayne Merrett in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Merrett's conviction and sentence are **AFFIRMED.**